IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SERGEY ALEKSANDROVICH
DEMGANOUSKIS,

                    Petitioner,

         vs.

ICE,

                    Respondent.

8:26CV106

MEMORANDUM AND ORDER

This matter is before the Court on its own motion.  Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, on March 9, 2026, in which he seeks immediate release from U.S. Immigration and Customs Enforcement ("ICE") custody in the McCook Detention Center in McCook, Nebraska.  However, the petition is insufficient and this matter cannot proceed further until Petitioner cures the following deficiencies.

First, Petitioner failed to include the $5.00 filing fee.  Petitioner has the choice of either submitting the $5.00 fee to the Clerk's office or submitting a request to proceed in forma pauperis.  If Petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this Court.

In addition, Petitioner failed to name a proper respondent in this action.  In habeas corpus challenges to present physical confinement, the default rule is that the proper respondent is the warden of the facility where the prisoner is being held.  *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2005).  Here, Petitioner did not name any respondent, and the Court supplied "ICE" as a respondent based on the allegations of the petition.  However, while ICE is a federal agency which may be said to exercise the "legal reality of control" over Petitioner, *see id*. at 439, to the extent Petitioner challenges his present

physical confinement, then his immediate custodian is the proper respondent. Accordingly, the Court will direct Petitioner to amend his petition within 30 days to name Carolyn Sommer, in her official capacity as Acting Warden of the McCook Detention Center, as a respondent.

To be clear, Petitioner must (1) either pay the $5.00 fee or submit a request to proceed in forma pauperis and (2) amend his habeas petition to name Sommer as a respondent. To that end, the Court will direct the Clerk of the Court to send to Petitioner, along with the enclosed pauper's forms, the first page of his petition, Filing No. 1 at 1, so that Petitioner can fill in the name of the proper respondent in the space provided. If Petitioner fails to take any action within 30 days, the Court will dismiss this case without prejudice and without further notice to Petitioner.

IT IS THEREFORE ORDERED that:

1.      Petitioner is directed to submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis by **April 24, 2026**.

2.      Petitioner must also amend his habeas petition to name Sommer as a respondent by no later than **April 24, 2026**. Petitioner need only write "Carolyn Sommer" in the space provided for naming the respondent on the first page of his petition, a copy of which is enclosed with this Memorandum and Order.

3.      Failure to submit the fee or a request to proceed in forma pauperis and to amend the petition will result in dismissal of this matter without further notice.

4.      The Clerk of the Court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") and a copy of page one of the petition, Filing No. 1 at 1.

2

5.      The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **April 24, 2026**: Check for MIFP or payment and amendment.


Dated this 25th day of March, 2026.


BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge